**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                             Case No. 11-03242

     LOUIS E AMORUSO
     MARY A AMORUSO
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 01/28/2011.

2)   The plan was confirmed on 03/24/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2011.

5)   The case was dismissed on 12/02/2011.

6)   Number of months from filing to last payment: 6.

7)   Number of months case was pending: 12.

8)   Total value of assets abandoned by court order:  NA .

9)   Total value of assets exempted: $1,327.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $3,124.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$3,124.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $159.83 | |
| Other | $70.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$229.83** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED HEART GROUP | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED UROLOGY ASSOC | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ANESTHESIOLOGIST JT | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| BERRYMAN | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| BUREAURECOV | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| BURT ESTATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BURT ESTATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 60.00 | 60.00 | 0.00 | 0.00 |
| CARDIAC CONSULTING GROUP | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 2,500.00 | 2,863.25 | 2,863.25 | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 545.98 | NA | NA | 0.00 | 0.00 |
| CENTRAL PROFESSIONAL GROUP | Unsecured | 174.00 | 187.35 | 187.35 | 0.00 | 0.00 |
| CHANDRA DIAGNOSTIC CARDIOLOG | Unsecured | 22.40 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 11,953.65 | 11,953.65 | 11,953.65 | 1,399.71 | 368.52 |
| COAL CITY DENTAL | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 1,502.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | NA | 2,245.93 | 2,245.93 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 331.34 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 2,655.00 | 5,219.74 | 5,219.74 | 0.00 | 0.00 |
| FAMILY PRACTICE CONSULTANT | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| FAMILY PRACTICE CONSULTANT | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 6,465.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 6,002.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST BANK OF DELAWARE | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| FROST-ARNETT CO | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 743.06 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,497.00 | NA | NA | 0.00 | 0.00 |
| GREATER CHICAGO FINANCE | Unsecured | 457.10 | NA | NA | 0.00 | 0.00 |
| GREATER CHICAGO FINANCE | Secured | 5,119.06 | 5,119.06 | 5,119.06 | 684.56 | 159.81 |
| GREATER CHICAGO FINANCE | Unsecured | NA | 1,989.86 | 1,989.86 | 0.00 | 0.00 |
| HANGER PROSTHETICS & ORTHOTIC | Unsecured | 7.55 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 180.44 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE REVENUE RECOVERY | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CTR | Unsecured | 495.41 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Secured | 1,800.00 | 1,800.00 | 1,800.00 | 175.67 | 21.33 |
| HOME CHOICE | Secured | 750.00 | 750.00 | 750.00 | 75.70 | 8.87 |
| ICS INC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 555.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| INGALLS SAME DAY SURGERY | Unsecured | 174.40 | NA | NA | 0.00 | 0.00 |
| INSTITUTE FOR PERSONAL DEVELOP | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 947.69 | 947.69 | 0.00 | 0.00 |
| JITTERBUG | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| KENWOOD SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LOAN SHOP | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BURUEAU | Unsecured | 46.46 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| MHPI HOMES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MHPI HOMES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,121.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE MEDICAL | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| NEAR | Unsecured | 32.44 | NA | NA | 0.00 | 0.00 |
| NEUROLOGY ASSOCIATES | Unsecured | 31.49 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| NUWAVE MONITORING | Unsecured | 74.50 | NA | NA | 0.00 | 0.00 |
| PAIN CENTERS OF CHICAGO | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| PENN FOSTER | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |
| PETER ANALYTIS MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 343.00 | 342.27 | 342.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 937.00 | 937.77 | 937.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 649.00 | 649.24 | 649.24 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 647.00 | 647.95 | 647.95 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,590.61 | 1,590.61 | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | NA | 80.07 | 80.07 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| PREMIUM ASSET RECOVERY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY HEALTHCARE ASSOCIATE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 2,599.34 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| RIDGE ORTHO & REHAB | Unsecured | 102.80 | NA | NA | 0.00 | 0.00 |
| ROSETTA STONE | Unsecured | 439.20 | NA | NA | 0.00 | 0.00 |
| RS MEDICAL | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE ECFC | Unsecured | 2,454.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,008.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY PHYSICI | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 2,315.88 | 2,315.88 | 0.00 | 0.00 |
| THE ANESTHESIA ASSOC | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| UIC PHYSICIAN GROUP | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 4,430.00 | 8,803.16 | 8,803.16 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,017.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 616.00 | 1,131.11 | 1,131.11 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL CAPITAL BANK | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,072.71 | $2,084.27 | $528.33 |
| All Other Secured | $2,550.00 | $251.37 | $30.20 |
| **TOTAL SECURED:** | **$19,622.71** | **$2,335.64** | **$558.53** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$30,311.88** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $229.83 |
| Disbursements to Creditors | $2,894.17 |
| **TOTAL DISBURSEMENTS :** | **$3,124.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/10/2012                          By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**